DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIELA BORRELLO,**
Appellant,

v.

**WALMART STORE, INC.,**
Appellee.

No. 4D20-442

[June 10, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE16-002213.

Mariela Borrello, Plantation, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.* Fla.R.App.P. 9.315(a).

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***